## 45752. CRUICKSHANK v. THE STATE.
(370 SE2d 750)

PER CURIAM.

Cruickshank appeals on certain constitutional grounds from his convictions of a series of misdemeanors. There is, however, no transcript of the evidence. Accordingly, the judgment must be affirmed. *Brown v. State*, 223 Ga. 540 (156 SE2d 454) (1967).

*Judgment affirmed. All the Justices concur.*

DECIDED JULY 14, 1988 —
RECONSIDERATION DENIED JULY 29, 1988.

Kenneth Cruickshank, *pro se.*

*Ralph T. Bowden, Jr., Solicitor, Judith C. Emken, Assistant Solicitor,* for appellee.